```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LINDO DESPERTAR GROCERP CORP.,                :
:
                Plaintiff,                        :
:    20-cv-1971(LJL)
     -v-                                                                :
:    ORDER
UNITED STATES OF AMERICA,                            :
:
                Defendant.                       :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the Initial Pretrial Conference previously scheduled for May 27, 2020 is ADJOURNED to July 15, 2020 at 2:30 p.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

      One week before the Initial Pretrial Conference, the parties shall jointly submit a proposed Case Management Plan and Scheduling Order.

      SO ORDERED.

Dated: May 22, 2020
       New York, New York                        LEWIS J. LIMAN
                                                           United States District Judge